**Bauer Distributing Co., Inc., Plaintiff-Appellant, v. Vesci Falstaff Beer Distributors, Inc., Defendant-Appellee.**

Gen. No. 66–51. (Abstract of Decision.)

Fifth District.

November 3, 1966.

Crain & Hall, of Centralia, for plaintiff-appellant; Fred L. Wham, Jr., of Centralia, for defendant-appellee. Opinion by JUSTICE MORAN. Not to be published in full.